The Honorable Robert S. Lasnik

1

2

3

4

5

6

7

8    UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON

9                                    AT SEATTLE

10   IN RE: ONYX SOFTWARE CORPORATION            No. C01-1346L
     SECURITIES LITIGATION

11

12                                               [PROPOSED] FINAL JUDGMENT AND
                                                 ORDER OF DISMISSAL WITH

13                                               PREJUDICE

14

15

16

17

18

19

20

21   

22

23                        01-CV-01346-CERT

24

25

26

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
12544 HIGH BLUFF DRIVE, SUITE 150 · SAN DIEGO, CA 92130
TELEPHONE (858) 793-0070 · FACSIMILE (858) 793-0323

1    This matter came before the Court for hearing pursuant to the Order of this Court, dated

2    June 10, 2004, on the application of the parties for approval of the settlement set forth in the

3    Stipulation of Settlement dated as of February 19, 2004 (the "Stipulation"). Due and adequate

4    Notice having been given to the Class as required in said Order, and the Court having considered

5    all papers filed and proceedings had herein and otherwise being fully informed in the premises

6    and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED AND

7    DECREED that:

8        1.    This Judgment incorporates by reference the definitions in the Stipulation, and all

9    terms used herein shall have the same meanings as set forth in the Stipulation.

10       2.    This Court has jurisdiction over the subject matter of the Litigation and over all

11   parties to the Litigation, including all Members of the Class.

12       3.    "Class" and "Class Members" mean for the purposes of settlement, all Persons

13   and entities (other than those Persons who timely and validly requested exclusion from the Class)

14   who purchased shares of Onyx Software Corporation ("Onyx" or the "Company") common stock

15   pursuant to Onyx's Secondary Offering in February 2001 (the "Secondary Offering"), which was

16   completed pursuant to the Shelf Registration Statement dated November 21, 2000, the

17   Prospectus dated January 22, 2001, and a Prospectus dated February 6, 2001 (the "Offering

18   Documents") and who were damaged thereby.  Excluded from the Class are Defendants,

19   members of the immediate families of the Individual Defendants, any entity in which any

20   Defendant has or had a controlling interest, present or former directors and officers of Onyx, the

21   legal representatives, heirs, successors or assigns of any such Defendant.

22       4.    With respect to the Class, this Court finds and concludes that: (a) the Members of

23   the Class are so numerous that joinder of all Class Members in the class action is impracticable;

24   (b) there are questions of law and fact common to the Class which predominate over any

25   individual question; (c) the claims of the Lead Plaintiff are typical of the claims of the Class;

26   (d) the Lead Plaintiff and Lead Counsel have fairly and adequately represented and protected the

[PROPOSED] FINAL JUDGMENT AND
ORDER OF DISMISSAL WITH PREJUDICE
No. C01-1346L
1536.10 0072 MTN.DOC

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
12544 HIGH BLUFF DRIVE, SUITE 150 · SAN DIEGO, CA 92130
TELEPHONE (858) 793-0070 · FACSIMILE (858) 793-0323

-1-

1  interests of the Class Members; and (e) a class action is superior to other available methods for

2  the fair and efficient adjudication of the controversy, considering: (i) the interests of the

3  Members of the Class in individually controlling the prosecution of the separate actions; (ii) the

4  extent and nature of any litigation concerning the controversy already commenced by Members

5  of the Class; (iii) the desirability or undesirability of concentrating the litigation of these claims

6  in this particular forum; and (iv) the difficulties likely to be encountered in the management of

7  the Litigation. Based on the foregoing findings, this Court finds that the requirements of Rule

8  23(a) and (b)(3) of the Federal Rules of Civil Procedure have been satisfied.

9      5.    Pursuant to Federal Rule of Civil Procedure 23, this Court hereby approves the

10  settlement set forth in the Stipulation, finds that said Stipulation and settlement are, in all

11  respects, fair, reasonable and adequate to the Class, and hereby directs the Settling Parties to

12  perform its terms.

13      6.    Except as to any individual claim of those Persons who have validly and timely

14  requested exclusion from the Class (identified in Exhibit A hereto), the Litigation and all claims

15  contained therein, as well as all of the Released Claims, are dismissed with prejudice as to the

16  Lead Plaintiff and the other Members of the Class, as against each and all of the Released

17  Persons. The Settling Parties are to bear their own costs, except as otherwise provided in the

18  Stipulation.

19      7.    Upon the Effective Date hereof, the Lead Plaintiff shall, and each of the Class

20  Members shall be deemed to have, and by operation of the Judgment shall have, fully, finally,

21  and forever released, relinquished and discharged all Released Claims against the Released

22  Persons, whether or not such Class Member executes and delivers the Proof of Claim and

23  Release.

24      8.    All Class Members are hereby forever barred and enjoined from prosecuting any

25  of the Released Claims against any of the Released Persons.

26

[PROPOSED] FINAL JUDGMENT AND
ORDER OF DISMISSAL WITH PREJUDICE
No. C01-1346L
1536.10 0022 MTN.DOC

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
12544 HIGH BLUFF DRIVE, SUITE 150 · SAN DIEGO, CA 92130
TELEPHONE (858) 793-0070 · FACSIMILE (858) 793-0323

-2-

1        9.   Upon the Effective Date hereof, each of the Defendants shall be deemed to have,

2   and by operation of this Judgment shall have, fully, finally, and forever released, relinquished

3   and discharged each and all of the Class Members and Lead Counsel from all claims (including

4   Unknown Claims), arising out of, relating to, or in connection with the institution, prosecution,

5   assertion, settlement or resolution of the Litigation or the Released Claims.

6        10.   Each of the releases set forth or referred to in the Stipulation shall be and are

7   hereby deemed to be in effect as of the Effective Date of the Stipulation.

8        11.   The Notice of Pendency and Proposed Settlement of Class Action given to the

9   Class was the best notice practicable under the circumstances, including the individual notice to

10   all Members of the Class who could be identified through reasonable effort.   Said notice

11   provided the best notice practicable under the circumstances of those proceedings and of the

12   matters set forth therein, including the proposed settlement set forth in the Stipulation, to all

13   Persons entitled to such notice, and said notice fully satisfied the requirements of Federal Rule of

14   Civil Procedure 23 and the requirements of due process.

15        12.   Any Plan of Allocation submitted by Lead Counsel or any order entered regarding

16   the attorneys' fees application shall in no way disturb or affect this Final Judgment and shall be

17   considered separate from this Final Judgment.

18        13.   Neither the Stipulation nor the settlement contained therein, nor any act

19   performed or document executed pursuant to or in furtherance of the Stipulation or the

20   settlement: (a) is or may be deemed to be or may be used as an admission of, or evidence of, the

21   validity of any Released Claim, or of any wrongdoing or liability of the Defendants or their

22   respective Related Persons; or (b) is or may be deemed to be or may be used as an admission of,

23   or evidence of, any fault or omission of any of the Defendants or their respective Related Persons

24   in any civil, criminal or administrative proceeding in any court, administrative agency or other

25   tribunal. Defendants and/or their respective Related Persons may file the Stipulation and/or the

26   Judgment from this action in any other action that may be brought against them in order to

[PROPOSED] FINAL JUDGMENT AND
ORDER OF DISMISSAL WITH PREJUDICE
No. C01-1346L
1536.10 0022 MTN.DOC
-3-

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
12544 HIGH BLUFF DRIVE, SUITE 150 · SAN DIEGO, CA 92130
TELEPHONE (858) 793-0070 · FACSIMILE (858) 793-0323

1 | support a defense or counterclaim based on principles of *res judicata*, collateral estoppel, release,
2 | good faith settlement, judgment bar or reduction or any theory of claim preclusion or issue
3 | preclusion or similar defense or counterclaim.

4 |     14.    Without affecting the finality of this Judgment in any way, this Court hereby
5 | retains continuing jurisdiction over: (a) implementation of this settlement and any award or
6 | distribution of the Settlement Fund, including interest earned thereon; (b) disposition of the
7 | Settlement Fund; (c) hearing and determining applications for attorneys' fees, interest and
8 | expenses in the Litigation; and (d) all parties hereto for the purpose of construing, enforcing and
9 | administering the Stipulation.

10 |     15.    The Court finds that during the course of the Litigation, the Settling Parties and
11 | their respective counsel at all times complied with the requirements of Federal Rule of Civil
12 | Procedure 11.

13
14
15
16
17
18
19
20
21
22
23
24
25
26

[PROPOSED] FINAL JUDGMENT AND
ORDER OF DISMISSAL WITH PREJUDICE
No. C01-1346L
1536.10 0022 MTN.DOC

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
12544 HIGH BLUFF DRIVE, SUITE 150 · SAN DIEGO, CA 92130
TELEPHONE (858) 793-0070 · FACSIMILE (858) 793-0323

-4-

1        16.     In the event that the settlement does not become effective in accordance with the

2    terms of the Stipulation, or the Effective Date does not occur, or in the event that the Settlement

3    Fund, or any portion thereof, is returned to the Defendants, then this Judgment shall be rendered

4    null and void to the extent provided by and in accordance with the Stipulation and shall be

5    vacated and, in such event, all orders entered and releases delivered in connection herewith shall

6    be null and void to the extent provided by and in accordance with the Stipulation.

7        IT IS SO ORDERED.

8    DATED: June 10, 2004

                                          THE HONORABLE ROBERT S. LASNIK

9                                           UNITED STATES DISTRICT COURT JUDGE

10   Submitted by:

11

12   **s/ Steve W. Berman**

13       Steve W. Berman, WSBA No. 12536
         Erin K. Flory, WSBA No. 16631

14   HAGENS BERMAN LLP
     1301 Fifth Avenue, Suite 2900

15   Seattle, WA  98101
     Telephone: (206) 623-7292

16   Fax: (206) 623-0594
     Email: steve@hagens-berman.com

17           erin@hagens-berman.com

18

19

20

21

22

23

24

25

26

[PROPOSED] FINAL JUDGMENT AND
ORDER OF DISMISSAL WITH PREJUDICE
No. C01-1346L
1536.10 0022 MTN.DOC

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
12544 HIGH BLUFF DRIVE, SUITE 150 · SAN DIEGO, CA 92130
TELEPHONE (858) 793-0070 · FACSIMILE (858) 793-0323

-5-